IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BENNY'S FARM FRESH PRODUCE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-2669 |
| | § | |
| VINE RIPE TEXAS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Consistent with the transfer order, (Docket Entry No. 63), Plaintiff Benny's Farm Fresh, Inc.'s motion to compel, (Docket Entry No. 55), is denied without prejudice.

SIGNED on May 14, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge